PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4606

JAMES DOUGLAS CLAUSELL,

Petitioner,

v.

LYDELL SHERRER; THE ATTORNEY GENERAL OF THE STATE OF NEW
JERSEY, ANNE MILGRAM*,

Respondents.

(*Anne Milgram is substituted for her predecessor, Stuart Rabner, as Attorney General of
the State of New Jersey, pursuant to Fed. R. App. P. 43(c)(2).)

Appeal from the United States District Court
for the District of New Jersey
(No. 04-cv-03857)
District Court Judge: Honorable Noel L. Hillman

Submitted Under Third Circuit L.A.R. 34.1(a)
November 9, 2009

Before: AMBRO, GARTH and ROTH, <u>Circuit Judges</u>.

(Opinion Filed: February 5, 2010)

**<u>ORDER  AMENDING CONCURRING OPINION</u>**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Concurring Opinion in the above case filed

February 5, 2010, be amended as follows:

On page 18, first paragraph, third line, replace "n.5" with "n.6".

On page 18, second paragraph, second line, replace "*id.* at 10 n.6" with "*id.*".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: March 23, 2010
PDB/cc: All Counsel of Record

2